JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GARCIA, an individual, | Case No.: CV14-01922 DMG (PJWx) |
| Plaintiff, | |
| vs. | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [12]** |
| TRANSAMERICA LIFE INSURANCE COMPANY, a corporation; and DOES 1 through 30, inclusive, | |
| Defendants. | |

  Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice in its entirety as to all defendants.  Each party shall bear his or its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:  May 21, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE